THE PEOPLE *ex rel.* John J. Sherlock, Appellant, *vs.* THE CHICAGO TELEPHONE COMPANY, Appellee.—(THE CITY OF CHICAGO, impleaded.)

*Opinion filed April 21, 1910.*

This case is controlled by the decision in *People ex rel.* v. *Chicago Telephone Co.* (*ante,* p. 121.)

APPEAL from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding.

HUGH H. HADLEY, (LEE D. MATHIAS, and CHARLES H. ROBINSON, of counsel,) for appellant, Rockwell; EDWARD J. BRUNDAGE, Corporation Counsel, (CLARENCE N. BOORD, of counsel,) for cross-appellant, the city of Chicago.

HOLT, WHEELER & SIDLEY, and HOYNE, O'CONNOR, HOYNE & IRWIN, for appellee.

Per CURIAM: The questions presented in this case are the same as those involved in the case of *People* v. *Chicago Telephone Co.* (*ante,* p. 121,) and in accordance with the views expressed in the opinion filed in that case the judgment of the circuit court is reversed and the cause will be remanded to the circuit court, with directions to overrule the demurrer of the petitioner to the answer of appellee.

*Reversed and remanded, with directions.*